AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person to be tracked or describe*<br>*the object or property to be used for tracking)*<br><br>USA v. 25-170-05 | )<br>)<br>)<br>)    Case No. 25-mj-174<br>)<br>) |

## REDACTED APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of

21    U.S.C. §    841, 846    . Therefore, in furtherance of a criminal investigation, I request authority to install and

use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☒ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☒ evidence of a crime;

☒ property designed for use, intended for use, or used in committing a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☒ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following

■■■■■■■■■■■■■■■■■■■■■■■

☒ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ryan Smith, FBI TFO
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date:    7/18/25 at 11am

_____
*Judge's signature*

City and state Rapid City, South Dakota

Daneta Wollman, United States Magistrate Judge
*Printed name and tit*

## REDACTED ATTACHMENT A

### Property to Be Searched

**SUBJECT  VEHICLE:** 



UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 5:25-mj- 174 |
| | REDACTED AFFIDAVIT IN SUPPORT OF TRACKING WARRANT APPLICATION |
| USA v. 25-170-05 | |

STATE OF SOUTH DAKOTA    )
                         : ss
COUNTY OF PENNINGTON    )

    I, Ryan Smith, Special Agent with the Federal Bureau of Investigation (FBI) being first duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief.

**INTRODUCTION AND AGENT BACKGROUND:**

    1.    I, your Affiant, am a Special Agent with the South Dakota Division of Criminal Investigation and have been so employed since March of 2023. I am also a Federally Deputized FBI Task Force Officer assigned to working narcotics distribution in the Black Hills region.  Prior to becoming a Special Agent, I was a Deputy Sheriff with the Callaway County, Missouri Sheriff's Office where I held the position of Patrol Sergeant. I have been a law enforcement officer from January of 2013 to March of 2023, with a one year break in service from June of 2017 to June of 2018. ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

1



I affirm that I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7) and authorized by law to conduct investigations and make arrests for offenses in

Titles 8, 18, and 21 of the United States Code. I am a "Federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C) and (b).

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.      I submit this affidavit in support of an application for a search warrant for the installation and monitoring of a tracking device on █████ ██████████████ ███████████████████████████████████ ██████████████ as further described in Attachment A (hereinafter the **SUBJECT VEHICLE**), which is suspected of being used in furtherance of the crimes in ████████████████████████████████████████████████████ ██████████ ).

5.      I further state that there is probable cause to believe that the installation of a tracking device in or on the **SUBJECT VEHICLE**, and use of the tracking device, will lead to evidence, fruits, and instrumentalities of the aforementioned crimes as well as to the identification of individuals who are engaged in the commission of those and related crimes.

6.      Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that evidence of violations of United States

3

Code are located on the vehicles mentioned in this affidavit.

7.    I have received information from other law enforcement officers and sources of information by either verbal or written report. The officers and sources providing information may have received the information by way of personal knowledge or from another source.

### FACTS IN SUPPORT OF PROBABLE CAUSE:















[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted],

10





**REQUEST TO SEAL:**

35.    It is requested that the warrant, accompanying affidavit, and application in support thereof, as they reveal an ongoing investigation, be sealed

12



**REQUEST FOR DELAYED NOTICE:**

**LIMIT ON SCOPE OF SEARCH:**

37.    I submit that if during the search, agents find evidence of crimes not set forth in this affidavit, another agent or I will seek a separate warrant.

**CONCLUSION:**

38.    Based on the forgoing, I respectfully request that the Court issue a warrant authorizing BSTTF, or their authorized representatives, including, but not limited to, other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device in or on the **SUBJECT VEHICLE** within 10 calendar days of the issuance of the requested warrant, and to repair or replace said tracking device during the authorized monitoring period and to remove said tracking device from the **SUBJECT VEHICLE** after the use of the tracking device has ended; to surreptitiously enter onto private property, or its curtilage, and/or move the **SUBJECT VEHICLE** to effect the installation, repair, replacement or removal of the tracking device; and to monitor the tracking device, for a period of 45 days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the District of South Dakota.

_____
Task Force Officer Ryan Smith
Federal Bureau of Investigation

Sworn to before me and:

☐ signed in my presence;
☒ submitted, attested to, and acknowledged by reliable electronic means;

14

this ___18___ day of July, 2025.

Daneta Wollmann
United States Magistrate Judge

AO 104 (Rev. 07/16)  Tracking Warrant

# UNITED STATES DISTRICT COURT
for the

District of South Dakota

| | |
|---|---|
| In the Matter of the Tracking of | ) |
| *(Identify the person, property, or object to be tracked )* | ) |
| | ) |
| USA v. 25-170-05 | ) |
| | ) |
| | ) |

Case No. 25-mj- 174

## REDACTED TRACKING WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and  ☒ is located in this district;    ☐ is not now located in this district, but will be at execution;  ☐  the activity in this district relates to domestic or international terrorism;   ☐ other: 
_____ .

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)*  ☐  using the object        ☒ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.
☒ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user ███████████████████████████████████tracking device: a 2018 black Chevrolet Silverado bearing ███████████████████
██████████████████

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by   July 28, 2025                      *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until    September 1, 2025                *(no later than 45 days from the date this warrant was issued).*  The tracking may occur within this district or another district.  To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☒ into the vehicle described above          ☒ onto the private property described above

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* _____ Daneta Wollmann _____ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☒  Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510).  I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   X until, the facts justifying, the later specific date of: September 1, 2025          .

Date and time issued:     7/18/25 at 11am                      _____
                                                                                            *Judge's signature*

City and state:    Rapid City, South Dakota                        Daneta Wollmann, United States Magistrate Judge

AO 104 (Rev. 07/16)  Tracking Warrant (Page 2)

Case No. 25-mj- 174

---

### REDACTED Return of Tracking Warrant With Installation

1.   Date and time tracking device installed:                 _____

2.   Dates and times tracking device maintained:         _____

3.   Date and time tracking device removed:                _____

4.   The tracking device was used from *(date and time)*:  _____

     to *(date and time)*:                                            _____.

---

### REDACTED Return of Tracking Warrant Without Installation

1.   Date warrant executed:                                     _____

2.   The tracking information was obtained from *(date and time)*:  _____

     to *(date and time)*:                                            _____.

---

### REDACTED Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.


Date: _____              _____
                                                 *Executing officer's signature*

                                           _____
                                                  *Printed name and title*